IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARY SMITH, | ) |
| Plaintiff, | ) )  |
| vs. | ) ) Civil Action No. 4-08-CV-4151 SWW |
| HOSTO & BUCHAN, P.L.L.C., | ) ) |
| Defendant. | ) ) |

This case assigned to District Judge Wright
and to Magistrate Judge Young

## COMPLAINT

NOW COMES the Plaintiff, MARY SMITH, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, HOSTO & BUCHAN, P.L.L.C., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3. Plaintiff, Mary Smith, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Greenbriar, State of Arkansas.

4. At all relevant times herein, Defendant, Hosto & Buchan, P.L.L.C., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to Master Card.

1

5.     Defendant is a corporation that has its principal place of business and its offices located in the State of Arkansas.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. HOSTO & BUCHAN, P.L.L.C.

6.     In 2003, Defendant filed suit against a Mary E. Smith on behalf of Ozark Capital Corporation, for an amount in excess of $2,000, for a debt allegedly owed to Bank of America.

7.     On October 16, 2003, Defendant received a default judgment against Mary E. Smith for the entire balance including fees and interest.

8.     On August 4, 2008, almost five years later, Defendant served Plaintiff with a writ of garnishment attempting to collect over $3,500.

9.     Plaintiff immediately contacted Defendant regarding the notice of wage garnishment and advised Defendant that the debt did not belong to Plaintiff but to another Mary E. Smith.

10.    Despite Plaintiff's efforts to advise Defendant that the debt did not belong to her, Defendant continued its attempts to collect the alleged debt from Plaintiff.

11.    In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a.     Falsely represented the character, amount or legal status of any debt in violation of 15 U.S.C. § 1692e(2)(A); and

    b.     Used unfair or unconscionable means to collect or attempt to collect any debt in violation of 15 U.S.C. § 1692f.

12.    As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, MARY SMITH, by and through her attorneys, respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**MARY SMITH**

By: _____
Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.   (312) 222-9028
Fax   (312) 602-3911
e-mail lsmith@lpsmithlaw.com

3