**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 CV 4151 |
| | ) | |
| HOSTO & BUCHAN, P.L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO DISMISS**

NOW COMES, the Plaintiff, MARY SMITH, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and moves this Honorable Court to dismiss this case with prejudice pursuant to a settlement reached between the parties.

WHEREFORE, Plaintiff prays that this Honorable Court dismiss this case with prejudice pursuant to a settlement between the parties.

                                                    Respectfully Submitted,
                                                    **MARY SMITH**


                                                By:  s/ Larry P. Smith
                                                         Attorney for Plaintiff

Larry P. Smith
LARRY P. SMITH & ASSOCIATES, LTD.
205 N. Michigan Ave., Suite 4000
Chicago, IL 60601
Phone: (312) 222-9028
Toll Free: (888) 822-1777
Fax:    (312) 602-3911
E-mail:  lsmith@smithlaw.us